# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSEPH RAYMOND LEE                                                        PLAINTIFF

V.                    CASE NO. 1:17-CV-122-JM-BD

MINDY JONES                                                                DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Lee's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 5th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE